B3B (Official Form 3B) (12/07) – Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: _Edith Butler_                         Case No. _12 - 32648_
         Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the
> bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ _76.50_ on or before _9/18/12_
> $ _76.50_ on or before _10/17/12_
> $ _76.50_ on or before _11/15/12_
> $ _76.50_ on or before _12/14/12_
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
> additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
> INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
> on _____ at _____ AM/PM at _____.
>                                          (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
> DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
> DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: **AUG 2 1 2012**

BY THE COURT:

_____
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    )      Chapter 7
                                          )
                                          )
**Edith Butler,**                        )      Case No. 12bk32648
                                          )
        Debtor.                           )      Hon. Timothy A. Barnes

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served on all persons identified as Registrants on the attached service list through the Court's Electronic Notice for Registrants System and as to all other persons on the service list, I caused copies to be sent by first class United States mail in properly addressed envelopes with postage prepaid this 21st day of August, 2012.

**AUG 2 1 2012**

_____
Lauren Hargrove
Law Clerk

## SERVICE LIST

### Registrants Served Through the Court's Electronic Notice for Registrants System:

*Debtor(s) Attorney*
(Pro se)

*Chapter 7 Trustee*
**Eugene Crane**
Crane Heyman Simon Welch & Clar
135 S Lasalle Ste 3705
Chicago, IL 60603

*U.S. Trustee*
**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

### Persons Served by United States Mail
*Debtor*
**Edith Butler**
2824 W. 83rd Place
Chicago, IL 60652